■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENNY DURIO, Appellant. [639 NYS2d 722]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Miller and McGinity, JJ., concur.